**No. 53718.**—Person & Weidhorn *v.* United States, protest 144058–K (New York).

Opinion by JOHNSON, J.  At the trial the collector's amended letter of transmittal of the protest was admitted in evidence advising that a new description of the merchandise, based on a corrected consular invoice and appraiser's report, indicated that the merchandise should have been assessed for duty as claimed. In view of the evidence before the court, the claim of the plaintiff was sustained.

**No. 53719.**—Decorative Crafts, Inc. *v.* United States, protests 148093–K (D) and 148252–K (New York).

Opinion by JOHNSON, J.  At the trial it was stipulated that the merchandise consists of earthenware articles similar in all material respects to those the subject of Abstract 51676.  The claim of the plaintiff was therefore sustained.

**No. 53720.**—Standard Oil Company of New Jersey *v.* United States, protest 145797–K (New York).

Opinion by JOHNSON, J.  At the trial the evidence disclosed that the duty and tax were imposed upon the basis of a net amount of 48,977 gallons, as returned by the gauger.  However, in an amended return, it was reported that a clerical error was made in writing the return of gauge upon which the collector based his assessments and that the total net gauge was 48,617 gallons.  On the record presented the collector was directed to reliquidate the entry, assessing duty and tax upon the basis of 48,617 gallons, rather than 48,977 gallons.  The protest was sustained to this extent.